UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADCAP GROWTH PARTNERS FUND LP,

                Plaintiff,

    -v-

BRANDON SCHWAB,

                Defendant.

CIVIL ACTION NO. 25 Civ. 4072 (JHR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of Plaintiff's request file under seal and in redacted form Exhibits 2 and 4 of the Supplemental Declaration of Emily Mathieu in support of Plaintiff's Submission Concerning Damages, dated May 20, 2026 (Dkt. No. 33 (the "Supplemental Declaration"), which consist of, <u>inter alia</u>, invoices for attorneys' fees and financial records substantiating enforcement costs.  (Dkt. Nos. 31 (the "Request") 33-2; 33-4).  The Court also notes that Exhibit 3 of the Supplemental Declaration (Dkt. No. 33-3) contains redactions of the same type of information, and therefore, considers Exhibit 3 as part of the Request.  (Dkt. Nos. 33-2; 33-3; 33-4 (the "Exhibits")).  For the same reasons stated in the Court's Order at Dkt. No. 27, which granted Plaintiff's request to file under seal and in redacted form substantially similar information, (Dkt. No. 27), the Request is **GRANTED**.  Plaintiff's counsel is **DIRECTED** to email the Court courtesy copies of the unredacted Exhibits to Cave_NYSDChambers@nysd.uscourts.gov by **May 28, 2026**.

The Court also notes that Plaintiff did not file proof of service of its supplemental damages submission on Defendant by May 20, 2026, as required by the Court's Order at Dkt. No. 27.

(Dkt. Nos. 33-35 (the "Supplemental Submission")).  As a one-time courtesy, the Court sua sponte EXTENDS Plaintiff's deadline to file proof of service of the Supplemental Submission, and this Order, on Defendant to **May 28, 2026**, and further **EXTENDS** Defendant's deadline to respond to Plaintiff's original submission (Dkt. Nos. 19-21 (the "Submission")), and Supplemental Submission, (Dkt. Nos. 33-35 (together, the "Damages Submission")), to **June 10, 2026**. IF DEFENDANT (1) FAILS TO RESPOND TO PLAINTIFF'S DAMAGES SUBMISSION, OR (2) FAILS TO CONTACT MY CHAMBERS BY **JUNE 10, 2026** AND REQUEST AN IN-COURT HEARING, I INTEND TO ISSUE A REPORT AND RECOMMENDATION CONCERNING DAMAGES BASED ON PLAINTIFF'S DAMAGES SUBMISSION ALONE WITHOUT AN IN-COURT HEARING.  See Transatlantic Marine Claims Agency, Inc. v. Ace Shipping Corp., 109 F.3d 105, 111 (2d Cir. 1997) ("'[I]t [is] not necessary for the District Court to hold a hearing, as long as it ensured that there was a basis for the damages specified in a default judgment.'" (quoting Fustok v. ContiCommodity Servs. Inc., 873 F.2d 38, 40 (2d Cir. 1989))).

The Clerk of Court is respectfully directed to close Dkt. No. 31.

Dated:      New York, New York
            May 21, 2026

                                     SO ORDERED.

                                     _____
                                     SARAH L. CAVE
                                     **United States Magistrate Judge**

2